AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

ORIGINAL

RECEIVED    748980

——————————— District of Hawaii ———————————

2006 DEC -7  PM 2: 31

U.S. MARSHALS SERVICE
HONOLULU, HI.

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

Case Number: CR 03-00223HG-01

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

KAWIKA W. FRANCO

DEC 1 3 2006

(Name and Address of Defendant)

at __2__ o'clock and __15__ min __P__ M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST KAWIKA W. FRANCO  and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

in violation of Title  United States Code, Section(s) .

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| _(signature)_ | 12/07/06 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL        By: Helen Gillmor, Chief United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Maui, HI._ | | |
| Date Received _12/7/06_ | NAME AND TITLE OF ARRESTING OFFICER _Arthur Oh / DUSM_ | SIGNATURE OF ARRESTING OFFICER _(signature)_ |
| Date of Arrest _12/11/06_ | | |