AO 245B   (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

CASE NUMBER:      1:03CR00223-001 HG
DEFENDANT:        KAWIKA W. FRANCO

Judgment - Page 3 of 5

OC'd Financial

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 5 MONTHS.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 22 2007

at 10 o'clock and 15 min. AM
SUE BEITIA, CLERK

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __01-08-07__ to __FDC Honolulu__

at __Honolulu, HI__, with a certified copy of this judgment.

John T. Rothman
~~WARDEN~~ ~~UNITED STATES MARSHAL~~

By _W. Tsai_
LIE ~~Deputy U.S. Marshal~~