# MINUTES

CASE NUMBER:        CR 03-00223HG-001

CASE NAME:          UNITED STATES OF AMERICA v. KAWIKA W. FRANCO

ATTYS FOR PLA:      Marshall H. Silverberg, AUSA

ATTYS FOR DEFT:     Donna M. Gray, AFPD

INTERPRETER:        Lisa K.T. Jicha

JUDGE:    Helen Gillmor                REPORTER:    Stephen Platt

DATE:     May 25, 2007                 TIME:        11:15 - 11:30

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

The defendant admitted to Violation No 1.
The Court finds that this is a Grade C Violation, Criminal History Category III.

Allocution by the defendant.

Supervised release is revoked.

    ADJUDGED: Impr of 12 MONTHS.

No Supervised Release imposed.

Advised of rights to appeal the sentences, etc.


    Submitted by: Mary Rose Feria, Courtroom Manager