AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
### District of Hawaii

748980

UNITED STATES OF AMERICA

V.

KAWIKA W. FRANCO

(Name and Address of Defendant)

**WARRANT FOR ARREST**

Case Number: CR 03-00223 HG 01

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 05 2007

at ___ o'clock and __10__ min __ M

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST KAWIKA W. FRANCO and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED.

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | May 21, 2007 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL          By: Helen Gillmor, Chief United States District Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

_____.

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 5/21/07 | *[handwritten]* | *[signature]* |